In the Matter of GENERAL FINANCE CORPORATION, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants. ·

Submitted January 18, 1937; decided January 26, 1937.

*Henry W. Killeen* for motion.

*Gay H. Brown* and *Laurence J. Olmstead* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground the order is not a final order.